HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,

  v.

G. BRACKETT, et al.,

    Defendants.

CASE NO. C08-1091RAJ

ORDER ON MOTIONS

The court has reviewed two motions from Plaintiff Marvin Glenn Hollis: his motion (Dkt. # 18) for service of Defendants, and his motion (Dkt. # 19) for entry of default judgment against Defendants.

The court DENIES the first motion as moot, as Defendants have been served in accordance with the court's order directing service entered August 13, 2009.

The court DENIES the second motion as well.  Default has not been entered against Defendants, and they answered Plaintiff's complaint on November 4, 2009.  The court finds no indication that their answer was untimely, but even if it were untimely, default is a strongly disfavored remedy.  Because Defendants have answered, the court will not enter default or default judgment.

The court DENIES Plaintiff's motions (Dkt. ## 18, 19).

DATED this 10th day of November, 2009.

                */s/ Richard A. Jones*
                The Honorable Richard A. Jones
                United States District Judge

ORDER – 1