HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

       Plaintiff,

    v.

G. BRACKETT, et al.,

       Defendants.

CASE NO. C08-1091RAJ

ORDER

      The court advises the parties that its ruling on their motions in limine and other pending pretrial motions will be issued no later than August 26.

      The court further advises the parties that there are currently no courtrooms available to conduct the trial on October 3, as scheduled.  Court staff will advise the court if a courtroom becomes available.  At this time, it is the court's intent to begin trial on October 3.  If, however, the court is unable to confirm the availability of a courtroom by mid-September, the court will continue the trial.  If the court must continue the trial, trial will occur in early December.

      DATED this 22nd day of August, 2011.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1