HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,

    v.

G. BRACKETT, et al.,

        Defendants.

CASE NO. C08-1091RAJ

ORDER AND WRIT OF HABEAS
CORPUS AD TESTIFICANDUM

        Darrell Cathren, CDCR # F-82301, a necessary and material witness in the trial of

this case beginning on October 3, 2011, is confined in the California Substance Abuse

Treatment Facility and State Prison, Corcoran, in the custody of the Warden.  In order to

secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad

Testificandum issue commanding the Warden to produce the inmate at the United States

Courthouse, 501 I Street, Sacramento, California.  The Warden shall produce Mr.

Cathren in Courtroom 7 on the 14th floor of the courthouse beginning at 1:30 p.m. on

October 3, 2011.

        The court orders as follows:

1)  A Writ of Habeas Corpus Ad Testificandum shall issue under the seal of this

    Court commanding the Warden to produce Mr. Cathren to testify in the United

    States District Court in the time and place above, and from day to day until

ORDER – 1

completion of court proceedings or as ordered by the court; and thereafter to return Mr. Cathren to the above institution.

2) The Warden is ordered to notify the court of any change in the custody of Mr. Cathren and is ordered to provide the new custodian with a copy of this writ.

3) The court directs the clerk to serve a courtesy copy of this order and Writ of Habeas Corpus Ad Testificandum on the Out-to-Court Desk, California Substance Abuse Treatment Facility and State Prison, Corcoran at the address listed below.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:  Kathleen Allison (or her successor), Acting Warden, California Substance
     Abuse Treatment Facility and State Prison, Corcoran
     c/o Out-to-Court Desk
     P.O. Box 7100
     Corcoran, CA  93212

The court commands you to produce inmate Darrell Cathren to testify before the United States District Court at the time and place above, and from day to day until completion of trial or as ordered by the court; and thereafter to return the inmate to the above institution.

You are further ordered to inform the court of any change in custody of Mr. Cathren and to provide his new custodian with a copy of this writ.

DATED this 15th day of September, 2011.

_Richard A Jones_
_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2