HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,

  v.

G. BRACKETT, et al.,

    Defendants.

CASE NO. C08-1091RAJ

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

      Marvin Glenn Hollis, CDCR # E-37508, a necessary and material witness in the trial of this case beginning on October 3, 2011, is confined in California State Prison – Corcoran, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the Warden to produce the inmate at the United States Courthouse, 501 I Street, Sacramento, California. The Warden shall produce Mr. Hollis in Courtroom 7 on the 14th floor of the courthouse beginning at 9:00 a.m. on October 3, 2011.

      The court orders as follows:

1) A Writ of Habeas Corpus Ad Testificandum shall issue under the seal of this Court commanding the Warden to produce Mr. Hollis to testify in the United States District Court in the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return Mr. Hollis to the above institution.

ORDER – 1

2) The Warden is ordered to notify the court of any change in the custody of Mr. Hollis and is ordered to provide the new custodian with a copy of this writ.

3) The court directs the clerk to serve a courtesy copy of this order and Writ of Habeas Corpus Ad Testificandum to the Litigation Department at California State Prison – Corcoran, at the address listed below.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:   Connie Gipson, Acting Warden, California State Prison – Corcoran
         or her successor
      c/o Litigation Department
      P.O. Box 8800
      Corcoran, CA  93212-8309

The court commands you to produce inmate Marvin Glenn Hollis to testify before the United States District Court at the time and place above, and from day to day until completion of trial or as ordered by the court; and thereafter to return the inmate to the above institution.

You are further ordered to inform the court of any change in custody of Mr. Hollis and to provide his new custodian with a copy of this writ.

DATED this 15th day of September, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2