HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

    Plaintiff,

    v.

G. BRACKETT, et al.,

    Defendants.

CASE NO. C08-1091RAJ

ORDER

    The court advises the parties that trial will commence as scheduled on October 3, 2011. Trial will commence at 9:00 a.m. in Courtroom 7 on the 14th floor of this District's Sacramento Courthouse.

    The court sets a final pretrial conference for Wednesday, September 21 at 2:00 p.m. The parties will participate telephonically. Court staff will coordinate with the parties and with prison staff regarding participation in the telephonic conference. Attached to this order is the court's pretrial conference checklist, which summarizes the matters that the court will address at the conference.

    The court advises the parties in advance of the pretrial conference that it expects to complete jury selection on the morning of first day of trial, and that the parties should be prepared to deliver opening statements either at the end of the morning session (if time permits) or at the outset of the afternoon session on the first day.

ORDER – 1

Today, the court will issue two writs of habeas corpus *ad testificandum*. One writ will direct prison officials to arrange for Mr. Hollis's appearance in court throughout trial. The second writ will direct prison officials to arrange for the appearance of Darrell Cathren for testimony. The court will hear complete testimony from Mr. Cathren on the afternoon of the first day of trial. Mr. Hollis should assume that Mr. Cathren will be his first witness after opening statements.

DATED this 15th day of September, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2