HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

      Plaintiff,

  v.

G. BRACKETT, et al.,

      Defendants.

CASE NO. C08-1091RAJ

ORDER

      Yesterday, the court issued an order setting a telephonic final pretrial conference for 2:00 p.m. on Wednesday, September 21, 2011. That conference will now be held at 11:00 a.m. on the same day. Court staff will coordinate with the parties and with prison staff regarding participation in the telephonic conference.

      DATED this 16th day of September, 2011.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1