HONORABLE RICHARD A. JONES

1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT
                                     EASTERN DISTRICT OF CALIFORNIA
8

9      MARVIN GLENN HOLLIS,

            Plaintiff,
10
                                                          CASE NO. C08-1091RAJ
11          v.
                                                          ORDER
       G. BRACKETT, et al.,
12
            Defendants.
13

14
            Yesterday, the court issued an order setting a telephonic final pretrial conference
15
       for 2:00 p.m. on Wednesday, September 21, 2011.  That conference will now be held at
16
       11:00 a.m. on the same day.  Court staff will coordinate with the parties and with prison
17
       staff regarding participation in the telephonic conference.
18
            DATED this 16th day of September, 2011.
19

20

21

22                                                        The Honorable Richard A. Jones
                                                          United States District Court Judge
23

24

25

26

27

28     ORDER – 1