HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

        Plaintiff,

   v.

G. BRACKETT, et al.,

        Defendants.

CASE NO. C08-1091RAJ

ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

     The court hereby VACATES the Writ of Habeas Corpus Ad Testificandum that it issued on September 15, 2011 to secure the testimony of Darrell Cathren, CDCR # F-82301. Mr. Cathren's testimony is no longer necessary at the trial in this matter.

     DATED this 23rd day of September, 2011.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1