HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MARVIN GLENN HOLLIS,

       Plaintiff,

  v.

G. BRACKETT, et al.,

       Defendants.

CASE NO. C08-1091RAJ

ORDER

The court DENIES Mr. Hollis's motion for a new trial. Dkt. # 111.

DATED this 2nd day of December, 2011.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1